**Order entered May 10, 2019**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-19-00445-CV

**THE UNIVERSITY OF TEXAS SOUTHWESTERN MEDICAL CENTER, Appellant**

**V.**

**PAMELA RHODES, Appellee**

**On Appeal from the 134th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-17-11649**

## ORDER

Before the Court is appellant's May 8, 2019 unopposed first motion for extension of time to file opening brief. Because this is an accelerated appeal, we **GRANT** the motion to the extent we **ORDER** appellant's opening brief be filed no later than June 3, 2019.

           /s/     BILL WHITEHILL
                   JUSTICE